ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
STEVE SANDS,

       Plaintiff,

       - against -

ZIFF DAVIS, LLC,

       Defendant.
- - - - - - - - - - - - - - - - - - - -X

19 Civ. 125 (LLS)

ORDER

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated: New York, N.Y.
      April 30, 2019

                                    *Louis L. Stanton*
                                  Louis L. Stanton
                                     U.S.D.J.